UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-14445 |
| | § | |
| WILLIAM DESHAWN JACKSON | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $5,555.33 |
| Total Distributions to Claimants: | $1,471.12 | Claims Discharged Without Payment: | $14,979.60 |
| Total Expenses of Administration: | $530.55 | | |

3) Total gross receipts of $6,457.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,455.33 (see **Exhibit 2**), yielded net receipts of $2,001.67 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $530.55 | $530.55 | $530.55 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $19,036.00 | $3,264.72 | $3,264.72 | $1,471.12 |
| **Total Disbursements** | $19,036.00 | $3,795.27 | $3,795.27 | $2,001.67 |

4). This case was originally filed under chapter 7 on 04/23/2015. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2016         By:   /s/ David P. Leibowitz
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled income tax refund | 1224-000 | $6,457.00 |
| **TOTAL GROSS RECEIPTS** | | $6,457.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| WILLIAM JACKSON | Funds to Third Parties | 8500-002 | $4,455.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,455.33 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $500.42 | $500.42 | $500.42 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $16.36 | $16.36 | $16.36 |
| Green Bank | 2600-000 | NA | $13.77 | $13.77 | $13.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $530.55 | $530.55 | $530.55 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | City of Chicago Department of | 7200-000 | $0.00 | $3,264.72 | $3,264.72 | $1,471.12 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Finance |  |  |  |  |  |
| AMO RECOVERIES | 7100-000 | $1,801.00 | $0.00 | $0.00 | $0.00 |
| City of Chicago - PARKING TICKETS | 7100-000 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| CONVERGENT OUTSOURCING | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| CREDIT MANAGEMENT LP | 7100-000 | $1,385.00 | $0.00 | $0.00 | $0.00 |
| ENHANCED RECOVERY COMPANY | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| GO FINANCIAL | 7100-000 | $7,800.00 | $0.00 | $0.00 | $0.00 |
| ILLINOIS TITLE LOANS, INC. | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| PENN CREDIT CORP | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| TORRES CREDIT SERVICES | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $19,036.00 | $3,264.72 | $3,264.72 | $1,471.12 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| **Case No.:** | 15-14445 | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | JACKSON, WILLIAM DESHAWN | **Date Filed (f) or Converted (c):** | 04/23/2015 (f) |
| **For the Period Ending:** | 10/14/2016 | **§341(a) Meeting Date:** | 06/11/2015 |
| | | **Claims Bar Date:** | 06/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Unscheduled income tax refund (u) | $0.00 | $2,001.67 | | $6,457.00 | FA |
| **Asset Notes:** | Debtor's pro-rated share of tax refund was $4,455.33. | | | | | |
| 2 | Debtor's clothing and shoes | $400.00 | $0.00 | | $0.00 | FA |
| 3 | Living room furniture, bed, television, kitchen table and chairs | $700.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | $700 exemption under wildcard provision reduced value to zero. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                           **Gross Value of Remaining Assets**

| | $1,100.00 | $2,001.67 | | $6,457.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

06/30/2016   2016 Reporting Period:
             Asset - unscheduled 2015 tax refund.
             Claims bar date: 6/17/16
             Claims reviewed, and case is ready for TFR

**Initial Projected Date Of Final Report (TFR):**   12/31/2016     **Current Projected Date Of Final Report (TFR):**     /s/ DAVID LEIBOWITZ

                                                                                                                        DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 15-14445 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | JACKSON, WILLIAM DESHAWN | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1667 | | | Checking Acct #: | ******4501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Jackson, William |
| For Period Beginning: | 4/23/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2016 | | United States Treasury | Unscheduled 2015 Tax Refund | * | $6,457.00 | | $6,457.00 |
| | {1} | | Estate portion of unscheduled 2015 income tax refund $2,001.67 | 1224-000 | | | $6,457.00 |
| | {1} | | Debtor's pro-rated portion of unscheduled 2015 tax refund $4,455.33 | 1224-000 | | | $6,457.00 |
| 03/24/2016 | 3001 | WILLIAM JACKSON | Debtor's pro-rated portion of 2015 Tax Refund | 8500-002 | | $4,455.33 | $2,001.67 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.34 | $1,997.33 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.22 | $1,994.11 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.11 | $1,991.00 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.10 | $1,987.90 |
| 09/12/2016 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $500.42 | $1,487.48 |
| 09/12/2016 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $16.36 | $1,471.12 |
| 09/12/2016 | 3004 | City of Chicago Department of Finance | Amount Claimed: 3,264.72;   Distribution Dividend: 45.06; Claim #: 1; Dividend: 74.00; Amount Allowed: 3,264.72; Notes: ; | 7200-000 | | $1,471.12 | $0.00 |

**SUBTOTALS**   $6,457.00   $6,457.00

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-14445 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | JACKSON, WILLIAM DESHAWN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1667 | Checking Acct #: | ******4501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Jackson, William |
| For Period Beginning: | 4/23/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $6,457.00 | $6,457.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $6,457.00 | $6,457.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $6,457.00 | $6,457.00 | |

**For the period of 4/23/2015 to 10/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,457.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,457.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,001.67 |
| Total Non-Compensable Disbursements: | $4,455.33 |
| Total Comp/Non Comp Disbursements: | $6,457.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/16/2016 to 10/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,457.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,457.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,001.67 |
| Total Non-Compensable Disbursements: | $4,455.33 |
| Total Comp/Non Comp Disbursements: | $6,457.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-14445 | |
| **Case Name:** | JACKSON, WILLIAM DESHAWN | |
| **Primary Taxpayer ID #:** | **-***1667 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/23/2015 | |
| **For Period Ending:** | 10/14/2016 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4501 |
| **Account Title:** | Jackson, William |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $6,457.00 | $6,457.00 | $0.00 |

**For the period of 4/23/2015 to 10/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,457.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,457.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,001.67 |
| Total Non-Compensable Disbursements: | $4,455.33 |
| Total Comp/Non Comp Disbursements: | $6,457.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/23/2015 to 10/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $6,457.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,457.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,001.67 |
| Total Non-Compensable Disbursements: | $4,455.33 |
| Total Comp/Non Comp Disbursements: | $6,457.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ